THE BROOKLYN CHILDREN'S AID SOCIETY, Appellant, *v.* INDUSTRIAL BOARD OF THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK et al., Respondents.

(Argued May 12, 1931; decided May 22, 1931.)

*Elliott W. Smith* and *Howard O. Wood* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.